IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INSYS THERAPEUTICS, INC., *et al.*,<br><br>                  Liquidating Debtors.<br><br>INSYS LIQUIDATION TRUST, by and through WILLIAM H. HENRICH, as LIQUIDATING TRUSTEE,<br><br>                  Plaintiff,<br>  v.<br><br>JOHN N. KAPOOR,<br><br>                  Defendant. | Chapter 11<br><br>Case No. 19-11292 (JTD)<br><br>(Jointly Administered)<br><br><br>Adversary No. 21-50557-JTD |

## AFFIDAVIT OF MARK T. KNIGHTS

I, Mark T. Knights, hereby depose and state as follows:

      1.    I am an attorney with the law firm Nixon Peabody LLP, 53 State Street, Boston, MA 02109, and serve as counsel of record to defendant John N. Kapoor ("Dr. Kapoor") in the above captioned action. I am a member in good standing of the bar of the Commonwealth of Massachusetts and the State of New Hampshire.

      2.    I am familiar with the proceedings in this case and submit this affidavit in support of Dr. Kapoor's Opposition to the Trustee's Motion for Partial Summary Judgment based on my personal knowledge.

      3.    Attached hereto as Exhibit 1 is a true and correct copy of the December 9, 2013 subpoena to Insys Therapeutics, Inc. from the United States Department of Health and Human Services Office of the Inspector General.

4. Attached hereto as Exhibit 2 is a true and correct copy of the February 16, 2016 subpoena to EJ Financial Enterprises, Inc. issued by the United States Attorney's Office for the District of Massachusetts.

5. Attached hereto as Exhibit 3 is true and correct copy of an e-mail Bates stamped ILT_0014404, produced in discovery by the Trustee.

6. Attached hereto as Exhibit 4 is a true and correct copy of Ropes & Gray LLP invoices produced in discovery by the Trustee.

7. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the March 1, 2023 deposition of Andrece Housley.

8. Attached hereto as Exhibit 6 is a true and correct copy of Trustpoint International invoices produced in discovery by the Trustee.

9. Attached hereto as Exhibit 7 is a true and correct copy of eTera Consulting, LLC invoices produced in discovery by the Trustee.

10. Attached hereto as Exhibit 8 is a true and correct copy of Paul, Weiss, Rifkind, Wharton & Garrison LLP invoices produced in discovery by the Trustee.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Final Consent Judgment entered into by Dr. Kapoor and the New Jersey Attorney General in *Grewal v. Insys*, MID-C-1-18 (N.J. Super.).

12. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail Bates stamped ILT_0025640, produced in discovery by the Trustee.

13. Attached hereto as Exhibit 11 is a true and correct copy of an e-mail Bates stamped ILT_0025748, produced in discovery by the Trustee.

14. Attached hereto as Exhibit 12 is a true and correct copy of an e-mail Bates stamped ILT_0028846, produced in discovery by the Trustee.

15. Attached hereto as Exhibit 13 is a true and correct copy of an e-mail Bates stamped ILT_0028991, produced in discovery by the Trustee.

I declare under the penalties of perjury that the foregoing is true and correct. This 21st day of March, 2023.

_____
Mark Tyler Knights