# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Insys Liquidation Trust v. John N. Kapoor

| | |
|---|---|
| **Insys Liquidation Trust** | ) |
| | ) |
| Plaintiff, | ) Civil Action No.   1:23-cv-01129 |
| v. | ) |
| | ) Bankruptcy Case No. 19-11292 (JTD) |
| | ) |
| **John N. Kapoor** | ) Adv. Proc. No. 21-50557 (JTD) |
| | ) |
| Defendant | ) |

## **NOTICE**

Proposed Findings of Fact/Conclusions of Law of the U.S. Bankruptcy Court dated 08/17/2023, were docketed in the District Court on 10/10/2023.

Please place the civil action number, assigned Judge's initials with caption listed above on all papers concerning this matter. Rule 9033 of the Federal Rules of Bankruptcy Procedure applies to Review of Proposed Findings of Fact and Conclusions of Law in Non-Core Proceedings. When filing any documents related to this matter, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of said document(s). Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                  Randall Lohan
                                                  Clerk of Court

Date: 10/10/2023
cc:    U.S. Bankruptcy Court
         Counsel